In the Matter of the Final Judicial Settlement of the Account of MARY K. MILLER, as Executrix of CHARLES M. MILLER, Deceased, as Administrator, etc., of LOUISA COOK SANDERSON, Deceased, Appellant; ANTHONY M. MENKEL and Another, Respondents.— Decree of Surrogate's Court of Westchester county on final accounting, surcharging the estate of the deceased administrator and directing certain payments of an allowance and a debt and in distribution of the estate, unanimously affirmed, with costs to respondent Menkel against appellant, payable out of the estate of Charles M. Miller, deceased. The original decree on final settlement had been reopened to permit the administrator to file an amended and supplemental account. The accounting was made by the executrix of the last will and testament of the then deceased administrator. The party cited who filed objections to the account was· a creditor of the estate and was entitled to appear and object; and the court had full jurisdiction to determine the matter. (Surr. Ct. Act, §§ 222, 257, 262, 314, subd. 3; *Matter of Kaplan*, 139 Misc. 414.) Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of JOHN SMITH and Another, Doing Business as LYNBROOK SERVICE STATION, and Another, Respondents, against WILLIAM K. Ross and Others, Constituting the Board of Appeals of the Incorporated Village of Lynbrook, Nassau County, New York, Appellants.— Order sustaining the certiorari order and annulling the determination of the board of appeals of the incorporated village of Lynbrook in granting a permit for the erection of a gasoline service station reversed on the law, certiorari proceeding dismissed and the determination of the board of appeals reinstated and confirmed, with costs. In our opinion, the board of appeals had power in its discretion, under section 179-b of the Village Law, to grant the permit in question, and, under the facts disclosed in the record, such discretion was properly exercised. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Judicial Settlement of the Account of ANDREA FRICANO, Guardian of ROSARIA VALENTE, Infant. ANDREA FRICANO, Guardian, etc., and Others, Appellants; ROSARIA MINGO, Formerly ROSARIA VALENTE, Respondent— Decree of the Surrogate's Court of Richmond county, on an accounting of a general guardian, unanimously affirmed, with costs payable by the appellants personally. Order denying rehearing affirmed. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

THE JAMAICA NATIONAL BANK OF NEW YORK, Appellant, v. SAMUEL BERMAN and Another, Respondents.— Judgment in action for money had and received unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.